# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

In Re:  Case No. 16-04569

YUL B. HOLLOWAY AND TONYA MARIE HOLLOWAY

Claim No. : 1

Debtor(s)

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address pertaining to NOTICES ONLY, listed in the above stated case be changed.

**\*\* Below change is only for notice address. Payment address will be same as filed in POC.**

**Address where Notices to the creditor be sent:**

| From | To |
|---|---|
| BMW Bank of North America | BMW Bank of North America |
| P.O. Box 165028 | 4515 N Santa Fe Ave. Dept. APS |
| Irving, TX 75016 | Oklahoma City, OK 73118 |

Date: 08/08/2018

/s/ Dipika Parmar

Creditor's Authorized Agent for BMW Bank of North America