# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TONYA HOLLOWAY

|  |  |
|---|---|
| | ) Case No. 16-04569 |
| | ) Chapter 13 |
| | ) |
| | ) |
| | ) |
| Debtor(s) | ) |

## NOTICE OF CHANGE OF ADDRESS OF CREDITOR

**Address to be changed:**  ☒ Notice Address
(both may be selected, if applicable)  ☒ Payment Address

OLD ADDRESS:   ONEMAIN FINANCIAL
(Name)
PO BOX 70912
(Street Address or P.O. Box)
CHARLOTTE, NC 28272
(City, State, Zip Code)

NEW ADDRESS:   ONEMAIN FINANCIAL
(Name)
PO BOX 3251
(Street Address or P.O. Box)
EVANSVILLE, IN 47731
(City, State, Zip Code)



*NOTE: This form may not be used in lieu of filing a Notice of Transferred Claim per Bankruptcy Rule 3001(e).

/S/ Angela A Bowers
**Signature of Creditor or Creditor's Attorney**
OneMain, f/k/a Springleaf Financial Services
PO BOX 3251
Evansville, IN 47731
800-266-9800
Name/OBA#/Address/Telephone #/Email