United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Yul B. Holloway  
Tonya Marie Holloway  
    Debtors

Case No. 16-04569-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Dec 09, 2021      Form ID: 3180W      Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Yul B. Holloway, Tonya Marie Holloway, 2769 Monticello Lane, Harrisburg, PA 17112-3757 |
| cr | + | CAVALRY SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 4852505 | + | AES/Pheaa, P.O. Box 61017, Harrisburg, PA 17106-1017 |
| 4852507 | + | Belco Community Credit Union, PO Box 82, Harrisburg, PA 17108-0082 |
| 4852509 | | Bureau of Account Management, 3607 Rosemont Avenue, Suite 502, PO Box 8875, Camp Hill, PA 17001-8875 |
| 4877447 | + | Carmen L. Spurr, 228 Hughes Street, Williamsport, PA 17701-3446 |
| 4871861 | + | Cavalry SPV I, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |
| 4852530 | + | Ditech Financial, LLC, 332 Minnesota Street, Suite 610, Saint Paul, MN 55101-1314 |
| 4852534 | + | Gregory Javardian, Esquire, 1310 Industrial Blvd, 1st Fl, Ste 101, Southampton, PA 18966-4030 |
| 4869048 | + | Liberty University, PO Box 10425, Lynchburg, VA 24506-0425 |
| 4852536 | + | Mariner Finance, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 4852537 | + | Michael F. Ratchford, Esquire, 409 Lackanna Avenue, Suite 3C, Scranton, PA 18503-2059 |
| 4852543 | + | Portfolio Recovery Associates, 287 Independence, Virginia Beach, VA 23462-2962 |
| 4895355 | | U.S. Department of Education, c/o Fedloan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Dec 09 2021 23:43:00 | BMW Bank of North America, c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| 4852503 | + | Email/Text: bankruptcy@rentacenter.com | Dec 09 2021 18:37:00 | Acceptance Now, 5501 Headquarters, Plano, TX 75024-5837 |
| 4869729 | | EDI: AIS.COM | Dec 09 2021 23:43:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 4854383 | + | EDI: AISACG.COM | Dec 09 2021 23:43:00 | BMW Bank of North America, 4515 N Santa Fe Ave Dept APS, Oklahoma City OK 73118-7901 |
| 4855671 | | EDI: BMW.COM | Dec 09 2021 23:43:00 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 4852508 | + | EDI: BMW.COM | Dec 09 2021 23:43:00 | BMW Financiail Services, 5515 Parkcenter Circle, Dublin, OH 43017-3584 |
| 4852506 | + | EDI: BANKAMER.COM | Dec 09 2021 23:43:00 | Bankamerica, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 4852511 | | EDI: CAPITALONE.COM | Dec 09 2021 23:43:00 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238-1119 |
| 4852510 | + | EDI: CAPITALONE.COM | | |

| Recip ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Dec 09 2021 23:43:00 | Capital One, 26525 North Riverwoods Boulevard, Mettawa, IL 60045-3438 |
| 4891254 | + | Email/Text: bankruptcy@cavps.com | Dec 09 2021 18:37:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 4852515 | + | EDI: CONVERGENT.COM | Dec 09 2021 23:43:00 | Convergent Outsourcing, 800 SW 39th Street, Renton, WA 98057-4927 |
| 4852516 | + | EDI: NAVIENTFKASMDOE.COM | Dec 09 2021 23:43:00 | Dept of Ed/navient, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 4852533 | + | EDI: AMINFOFP.COM | Dec 09 2021 23:43:00 | First Premier Bank, 601 S. Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 4852514 | | EDI: JPMORGANCHASE | Dec 09 2021 23:43:00 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 4852535 | + | Email/Text: BKRMailOPS@weltman.com | Dec 09 2021 18:37:00 | Kay Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 4889285 | + | EDI: MID8.COM | Dec 09 2021 23:43:00 | MIDLAND FUNDING LLC, MIDLAND CREDIT MANAGEMENT, INC, . as agent for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4852538 | + | EDI: MID8.COM | Dec 09 2021 23:43:00 | Midland Funding LLC, 2365 Northside Drive, San Diego, CA 92108-2709 |
| 4878156 | | EDI: NAVIENTFKASMDOE.COM | Dec 09 2021 23:43:00 | Navient Solutions Inc obo the dept of education, Navient Solutions Inc, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 4865844 | + | EDI: AGFINANCE.COM | Dec 09 2021 23:43:00 | OneMain, 605 Munn Rd, Fort Mill, SC 29715-8421 |
| 5330295 | + | EDI: AGFINANCE.COM | Dec 09 2021 23:43:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 4852540 | + | EDI: AGFINANCE.COM | Dec 09 2021 23:43:00 | Onemain Financial, P.O. Box 499, Hanover, MD 21076-0499 |
| 4895701 | | EDI: PRA.COM | Dec 09 2021 23:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4884417 | + | Email/Text: bankruptcynotices@psecu.com | Dec 09 2021 18:37:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 4852546 | + | Email/Text: bankruptcynotices@psecu.com | Dec 09 2021 18:37:00 | PSECU, 1500 Elmerton Avenue, Harrisburg, PA 17110-9214 |
| 4890734 | + | EDI: JEFFERSONCAP.COM | Dec 09 2021 23:43:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 4862679 | | EDI: Q3G.COM | Dec 09 2021 23:43:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4852547 | + | EDI: CITICORP.COM | Dec 09 2021 23:43:00 | Sears, P.O. Box 6189, Sioux Falls, SD 57117-6189 |
| 4852548 | | EDI: SWCR.COM | Dec 09 2021 23:43:00 | Southwest Credit, 4120 International Pkwy, Suite 1100, Carrollton, TX 75007-1958 |
| 4852549 | + | EDI: RMSC.COM | Dec 09 2021 23:43:00 | Syncb/Ashley Homestore, PO Box 965036, Orlando, FL 32896-5036 |
| 4852550 | + | EDI: RMSC.COM | Dec 09 2021 23:43:00 | Syncb/walmart DC, P.O. Box 965024, Orlando, FL 32896-5024 |
| 4852551 | + | EDI: CITICORP.COM | Dec 09 2021 23:43:00 | Thd/cbna, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 4852552 | + | EDI: VERIZONCOMB.COM | Dec 09 2021 23:43:00 | Verizon Wireless, P.O. Box 49, Lakeland, FL 33802-0049 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | BMW Bank of North America, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 4852504 | *+ | Acceptance Now, 5501 Headquarters, Plano, TX 75024-5837 |
| 4852512 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238-1119 |
| 4852513 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238-1119 |
| 4852517 | *+ | Dept of Ed/navient, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 4852518 | *+ | Dept of Ed/navient, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 4852519 | *+ | Dept of Ed/navient, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 4852520 | *+ | Dept of Ed/navient, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 4852521 | *+ | Dept of Ed/navient, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 4852522 | *+ | Dept of Ed/navient, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 4852523 | *+ | Dept of Ed/navient, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 4852524 | *+ | Dept of Ed/navient, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 4852525 | *+ | Dept of Ed/navient, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 4852526 | *+ | Dept of Ed/navient, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 4852527 | *+ | Dept of Ed/navient, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 4852528 | *+ | Dept of Ed/navient, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 4852529 | *+ | Dept of Ed/navient, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 4895297 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 4852539 | *+ | Midland Funding LLC, 2365 Northside Drive, San Diego, CA 92108-2709 |
| 4852541 | *+ | Onemain Financial, P.O. Box 499, Hanover, MD 21076-0499 |
| 4852544 | *+ | Portfolio Recovery Associates, 287 Independence, Virginia Beach, VA 23462-2962 |
| 4852545 | *+ | Portfolio Recovery Associates, 287 Independence, Virginia Beach, VA 23462-2962 |
| 4852532 | ##+ | EOS CCA, 300 Canal View Blvd. Suite, Rochester, NY 14623-2811 |
| 4852531 | ##+ | Eastern Revenue Inc., 998 Old Eagle School Road, Wayne, PA 19087-1805 |
| 4852542 | ##+ | Penn Credit, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 23 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 11, 2021        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bass and Associates PC | on behalf of Creditor CAVALRY SPV I LLC ecf@bass-associates.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |

| | |
|---|---|
| James Warmbrodt | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2005-9 bkgroup@kmllawgroup.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Tonya Marie Holloway pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Yul B. Holloway pmurphy@dplglaw.com kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Yul B. Holloway<br>First Name   Middle Name   Last Name | Social Security number or ITIN xxx−xx−6242<br>EIN __−_____ |
| Debtor 2<br>(Spouse, if filing) | Tonya Marie Holloway<br>First Name   Middle Name   Last Name | Social Security number or ITIN xxx−xx−3870<br>EIN __−_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:16−bk−04569−HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Yul B. Holloway

Tonya Marie Holloway
fka Tonya Marie Armstrong

**By the court:**

12/9/21

*[signature]*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: JoanGoodling, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**